# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

153836(23)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

VANESSA OZIMEK,
      Plaintiff-Appellant,

v

LEE J. RODGERS,
      Defendant-Appellee.

_____/

SC: 153836
COA: 331726
Wayne CC: 13-109046-DC

      On order of the Chief Justice, the joint motion of Michigan Coalition of Family Law Appellate Attorneys and Legal Services Association of Michigan to participate as amicus curiae and file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on June 7, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016

